UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 12/21/18 | **Time:** 44 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 18-cv-02847-SI | **Case Name:** Illumina, Inc., et al. v. Ariosa Diagnostics, Inc., et al. | |

**Attorney for Plaintiff:** Ed Reines, Derek Walter,
**Attorney for Defendant:** ARIOSA: Daralyn Durie

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** Ana Dub

## PROCEEDINGS

1)     Motion for Summary Judgment - HELD

Order to be prepared by:  (  )Pltf    (  )Deft    ( X )Court

Tentative Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( X ) SUBMITTED

Case continued to   **@ 3:00 p.m.** for Further Case Management Conference

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for  Trial  (   Days)
Discovery Cutoff:, Designate Experts by:,
Rebuttal Experts:, Expert Discovery Cutoff:

## SUMMARY