1   *[Counsel listed in signature block]*

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9                    **SAN FRANCISCO DIVISION**

10

11   ILLUMINA, INC., and SEQUENOM,                )   Case No. 3:18-cv-02847-SI
     INC.,                                         )
12                                                 )
                                                   )
13                    Plaintiffs/                  )   **JOINT STIPULATION OF DISMISSAL**
                      Counterclaim-Defendants,     )   **WITH PREJUDICE AND [PROPOSED]**
14          v.                                     )   **ORDER**
                                                   )
15   ARIOSA DIAGNOSTICS, INC., ROCHE              )
     SEQUENCING SOLUTIONS, INC. and               )
16   ROCHE MOLECULAR SYSTEMS, INC.                 )
                                                   )
17                                                 )
                      Defendant/                   )
18                    Counterclaim-Plaintiff.      )

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, Illumina, Inc. and Sequenom, Inc. (collectively, "Plaintiffs") asserted claims

2 of infringement of U.S. Patent Nos. 9,580,751 and 9,738,931 (collectively, "Patents-in-Suit")

3 against Ariosa Diagnostics, Inc., Roche Sequencing Solutions, Inc. and Roche Molecular Systems,

4 Inc. (collectively, "Defendants") (Dkt. No. 1);

5    WHEREAS, Defendants asserted affirmative defenses and counterclaims for non-

6 infringement and invalidity of the Patents-in-Suit (Dkt. Nos. 40-41);

7    WHEREAS, Plaintiffs and Defendants have mutually agreed to a settlement of Plaintiffs'

8 and Defendants' respective claims;

9    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

10 Plaintiffs and Defendants, through their respective undersigned counsel, subject to the approval of

11 the Court:

12    1.    To dismiss with prejudice Plaintiffs' claims for infringement of the Patents-in-Suit

13 against Defendants (Dkt. No. 1).

14    2.    To dismiss without prejudice Defendants' counterclaims for non-infringement and

15 invalidity against Plaintiffs (Dkt. Nos. 40-41).

16    3.    Each party shall bear its own costs, expenses, and attorneys' fees incurred with

17 respect to all claims, defenses, and counterclaims in this Action.

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated:  May 26, 2021

WEIL, GOTSHAL & MANGES LLP

By:      /s/ Edward R. Reines
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Edward R. Reines

EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorney for Plaintiffs/Counterclaim-
Defendants*
ILLUMINA, INC. and SEQUENOM, INC.

Dated:  May 26, 2021

DURIE TANGRI LLP

By:      /s/ Daralyn Durie
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Daralyn Durie

DARALYN J. DURIE (SBN: 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN: 154289)
dmcgowan@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: +1 415 362 6666
Facsimile: +1 415 236 6300

*Attorney for Defendant/Counterclaim-
Plaintiff*
ARIOSA DIAGNOSTICS, INC.

Dated:  May  26, 2021

WILMER CUTLER PICKERING HALE AND
DORR LLP

By:      /s/ Robert J. Gunther
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Robert J. Gunther

ROBERT J. GUNTHER
robert.gunther@wilmerhale.com
CHRISTOPHER R. NOYES
christopher.noyes@wilmerhale.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OMAR KHAN
omar.khan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

*Attorneys for Defendant/Counterclaim-Plaintiffs*
ROCHE MOLECULAR SYSTEMS, INC.
& ROCHE SEQUENCING SOLUTIONS,
INC.

## **CERTIFICATION**

I, Edward R. Reines, am the ECF User whose identification and password are being used to file this Joint Stipulation Of Dismissal With Prejudice and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Daralyn Durie has concurred in this filing.

_/s/ Edward R. Reines_____
Edward R. Reines

1    SO ORDERED this ____ day of _____ 2021.

2

3                                        _____

4                                        HONORABLE SUSAN Y. ILLSTON
                                         UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28