*[Counsel listed in signature block]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and SEQUENOM, INC.,<br><br>            Plaintiffs/<br>            Counterclaim-Defendants,<br><br>     v.<br><br>ARIOSA DIAGNOSTICS, INC., ROCHE SEQUENCING SOLUTIONS, INC. and ROCHE MOLECULAR SYSTEMS, INC.<br><br>            Defendant/<br>            Counterclaim-Plaintiff. | Case No. 3:18-cv-02847-SI<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

1 |     WHEREAS, Illumina, Inc. and Sequenom, Inc. (collectively, "Plaintiffs") asserted claims of infringement of U.S. Patent Nos. 9,580,751 and 9,738,931 (collectively, "Patents-in-Suit") against Ariosa Diagnostics, Inc., Roche Sequencing Solutions, Inc. and Roche Molecular Systems, Inc. (collectively, "Defendants") (Dkt. No. 1);

    WHEREAS, Defendants asserted affirmative defenses and counterclaims for non-infringement and invalidity of the Patents-in-Suit (Dkt. Nos. 40-41);

    WHEREAS, Plaintiffs and Defendants have mutually agreed to a settlement of Plaintiffs' and Defendants' respective claims;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel, subject to the approval of the Court:

1.     To dismiss with prejudice Plaintiffs' claims for infringement of the Patents-in-Suit against Defendants (Dkt. No. 1).

2.     To dismiss without prejudice Defendants' counterclaims for non-infringement and invalidity against Plaintiffs (Dkt. Nos. 40-41).

3.     Each party shall bear its own costs, expenses, and attorneys' fees incurred with respect to all claims, defenses, and counterclaims in this Action.

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |

Dated: May 26, 2021

WEIL, GOTSHAL & MANGES LLP

By: */s/ Edward R. Reines*
Edward R. Reines

EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorney for Plaintiffs/Counterclaim-Defendants*
ILLUMINA, INC. and SEQUENOM, INC.

Dated: May 26, 2021

DURIE TANGRI LLP

By: */s/ Daralyn Durie*
Daralyn Durie

DARALYN J. DURIE (SBN: 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN: 154289)
dmcgowan@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: +1 415 362 6666
Facsimile: +1 415 236 6300

*Attorney for Defendant/Counterclaim-Plaintiff*
ARIOSA DIAGNOSTICS, INC.

Dated: May 26, 2021

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Robert J. Gunther*
Robert J. Gunther

ROBERT J. GUNTHER
robert.gunther@wilmerhale.com
CHRISTOPHER R. NOYES
christopher.noyes@wilmerhale.com

OMAR KHAN
omar.khan@wilmerhale.com
250 Greenwich Street
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

*Attorneys for Defendant/Counterclaim-Plaintiffs*
ROCHE MOLECULAR SYSTEMS, INC.
& ROCHE SEQUENCING SOLUTIONS, INC.

## CERTIFICATION

I, Edward R. Reines, am the ECF User whose identification and password are being used to file this Joint Stipulation Of Dismissal With Prejudice and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Daralyn Durie has concurred in this filing.

　　　　　　　　　　　　　　　　　　 */s/ Edward R. Reines*
　　　　　　　　　　　　　　　　　　　Edward R. Reines

SO ORDERED this  27th  day of  May   2021.

_____
HONORABLE SUSAN Y. ILLSTON
UNITED STATES DISTRICT JUDGE