| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA  22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern District of California on the following:

(**X**) Patents     or     ( ) Trademarks

| DOCKET NO:<br>18-cv-02847-JCS | DATE FILED:<br>May 15, 2018 | UNITED STATES DISCTRICT COURT<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |
|---|---|---|
| PLAINTIFF:<br>Illumina, Inc. | | DEFENDANT:<br>Ariosa Diagnostics, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | ***see attach Complaint*** |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED     INCLUDED BY:
( ) Amendment      ( ) Answer      ( ) Cross Bill      ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

Order Granting Stipulation of Dismiss With Prejudice filed 5/27/2021

*Susan Y. Soong*                                                *Gina Agustine*
Susan Y. Soong, Clerk                                  (by) Deputy Clerk, Gina Agustine

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy