*[Counsel listed in signature block]*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and SEQUENOM, INC., <br><br> Plaintiffs/<br>Counterclaim-Defendants, <br><br> v. <br><br> ARIOSA DIAGNOSTICS, INC., ROCHE SEQUENCING SOLUTIONS, INC. and ROCHE MOLECULAR SYSTEMS, INC. <br><br> Defendant/<br>Counterclaim-Plaintiff. | Case No. 3:18-cv-02847-SI <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

1  WHEREAS, Illumina, Inc. and Sequenom, Inc. (collectively, "Plaintiffs") asserted claims of infringement of U.S. Patent Nos. 9,580,751 and 9,738,931 (collectively, "Patents-in-Suit") against Ariosa Diagnostics, Inc., Roche Sequencing Solutions, Inc. and Roche Molecular Systems, Inc. (collectively, "Defendants") (Dkt. No. 1);

WHEREAS, Defendants asserted affirmative defenses and counterclaims for non-infringement and invalidity of the Patents-in-Suit (Dkt. Nos. 40-41);

WHEREAS, Plaintiffs and Defendants have mutually agreed to a settlement of Plaintiffs' and Defendants' respective claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their respective undersigned counsel, subject to the approval of the Court:

1. To dismiss with prejudice Plaintiffs' claims for infringement of the Patents-in-Suit against Defendants (Dkt. No. 1).

2. To dismiss without prejudice Defendants' counterclaims for non-infringement and invalidity against Plaintiffs (Dkt. Nos. 40-41).

3. Each party shall bear its own costs, expenses, and attorneys' fees incurred with respect to all claims, defenses, and counterclaims in this Action.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: May 26, 2021 | | WEIL, GOTSHAL & MANGES LLP |
| | By: | */s/ Edward R. Reines* |
| | | Edward R. Reines |
| | | EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| | | *Attorney for Plaintiffs/Counterclaim-Defendants*<br>ILLUMINA, INC. and SEQUENOM, INC. |
| Dated: May 26, 2021 | | DURIE TANGRI LLP |
| | By: | */s/ Daralyn Durie* |
| | | Daralyn Durie |
| | | DARALYN J. DURIE (SBN: 169825)<br>ddurie@durietangri.com<br>DAVID McGOWAN (SBN: 154289)<br>dmcgowan@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: +1 415 362 6666<br>Facsimile: +1 415 236 6300 |
| | | *Attorney for Defendant/Counterclaim-Plaintiff*<br>ARIOSA DIAGNOSTICS, INC. |
| Dated: May 26, 2021 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: | */s/ Robert J. Gunther* |
| | | Robert J. Gunther |
| | | ROBERT J. GUNTHER<br>robert.gunther@wilmerhale.com<br>CHRISTOPHER R. NOYES<br>christopher.noyes@wilmerhale.com |

| | |
|---|---|
| 1 | |
| 2 | OMAR KHAN |
| | omar.khan@wilmerhale.com |
| | 250 Greenwich Street |
| 3 | New York, NY 10007 |
| | Telephone: +1 212 230 8800 |
| 4 | Facsimile: +1 212 230 8888 |

*Attorneys for Defendant/Counterclaim-Plaintiffs*
ROCHE MOLECULAR SYSTEMS, INC.
& ROCHE SEQUENCING SOLUTIONS, INC.

## CERTIFICATION

I, Edward R. Reines, am the ECF User whose identification and password are being used to file this Joint Stipulation Of Dismissal With Prejudice and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Daralyn Durie has concurred in this filing.

　　　　　　　　　　　　　　　　　　/s/ Edward R. Reines
　　　　　　　　　　　　　　　　　　Edward R. Reines

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE　　　3　　　CASE NO. 3:18-CV-02847-SI

SO ORDERED this  27th  day of  May   2021.

_____
HONORABLE SUSAN Y. ILLSTON
UNITED STATES DISTRICT JUDGE